AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:12-M -09152(1) |
| | § |
| (1) Jose Domingo Collazo-Valles | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 08, 2012** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) Jose Domingo COLLAZO-Valles, an alien, entered, or was found in the United States at or near Del Rio, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Texas on March 14, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,.

in violation of Title     **8**     United States Code, Section(s)   **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Jose Domingo COLLAZO-Valles, was arrested by Border Patrol Agents, on July 8, 2012 for being an alien illegally present in the United States. Investigation and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant

07/10/2012                                                       at   DEL RIO, Texas
File Date                                                                  City and State

COLLIS WHITE
U.S. MAGISTRATE JUDGE                                      Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

        vs.        Case Number: DR:12-M -09152(1)

(1) Jose Domingo Collazo-Valles

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on March 14, 2011 through Laredo, Texas. The defendant was found in the Val Verde, TEXAS without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

Signature of Judicial Officer          Signature of Complainant